Name: Ramiro Marquez Duran #74113-008
Address: PO Box 26030 Beaumont, TX 77720
Telephone:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _Central_ DIVISION

| | |
|---|---|
| Ramiro Marquez Duran <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> MCIRT <br><br> ~~Johnson, Morath, Reyes~~ <br><br> Sgt. Colbert <br><br> ~~Mark Johnson,~~ <br><br> DEFENDANTS | **CIVIL RIGHTS COMPLAINT** <br> (42 U.S.C §1983, §1985) <br><br><br> CIVIL NO. 2:16-CV-805-CW <br> (Supplied by Clerk) |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ☒ 42 U.S.C. §1983
   b. ☒ 42 U.S.C. §1985
   c. ☐ Other (Please Specify) _____

2. NAME OF PLAINTIFF **Ramiro Marquez Duran**
   IS A CITIZEN OF THE STATE OF **Nayarit - Mexico**

   PRESENT MAILING ADDRESS: PO Box 26030
   Beaumont, TX 77720
   US Penitentiary

3. NAME OF FIRST DEFENDANT **Sgt. Colbert**

IS A CITIZEN OF **Salt Lake City, Utah**
(City and State)

IS EMPLOYED AS **Deputy Sheriff, County Sheriff** at **Salt Lake County Jail**
(Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

**As County Sheriff Deputy and County customs the Defendants Act under color of Utah State Law, when they violate my Rights.**

4. NAME OF SECOND DEFENDANT OFFICER SIGNATURE: _____
(If applicable)

IS A CITIZEN OF ~~Unknown~~
(City and State)

IS EMPLOYED AS **Deputy Sheriff** at **Salt Lake County Jail**
(Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

**As County Sheriff Deputy and County customs the Defendants Act under color of Utah State Law, when they violate my Rights.**

5. NAME OF THIRD DEFENDANT **McIRt**
(If applicable)

IS A CITIZEN OF **Salt Lake City, Utah**
(City and State)

IS EMPLOYED AS **County Sheriff Deputy** at **Salt Lake County Jail**

(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

as County sheriff Deputy and county customs the Defendants act under color of utah State Law, when they violate Rights,

6. NAME OF FOURTH DEFENDANT_____
(If applicable)

IS A CITIZEN OF_____
(city and State)

IS EMPLOYED AS_____ at _____.
(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

_____
_____
_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

they threw me to the Floor causing two Lacerations, broke me 3 Ribs, and they beat me with gusto, was Racial Fact, Cause I didn't nothing to ~~deserve~~ deserved such. Punishment,

### C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Because they saw me hispanic they were trying to punish me just to have some fun, but my life was on risk of death I know, but they fail on they purpose

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   I was in intake talking to the guy, the same that I was arrested with, when they move me to a holding cell and in-less then 60 seconds they come over me then told other 3 guys to move from where I was, and without say anything they sprayed mace on my face, then went through, threw me to the floor and beat me up causing 3 broken ribs and two wounds on my head, and I still suffering headache, so I have to take pills for pain and I have nightmares most of the time, when sleep.

   b. (1) Count II: this officers and they coworkers maliciously and sadistically entered the cell and maced me, using excessive force causing me injury, I still have headache every days and in nights.

   (2) Supporting Facts: I have nightmares Further the County sheriff or Jail have an extensive record, video, and as the holder of records as well as pictures. because the took video when they brough me to the hospital and I was in good health when officer Shupe arrested me and the guy I was with. at the time, actually they almost sent me home, but they found drugs on my partner truck thats why they brough me to jail.

c. (1) Count III: Please check on the videos and you guys will find out that I was in no way agresive, and in good heart

(2) Supporting Facts: So I don't know why they act in that maner when they supossed to protect an serve to the citizens, I'm mexican but that don't mean that they can do kill me, I still a citizen

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

they throw me to the floor, almost breaking my head, beat me up, broke me 3 Ribs, and they make me two lacerations on my head, which took 9 staples, I still suffering headache every days, and nightmares most of the time, when sleep

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

   Plaintiff(s): _____

     Defendant(s): _____

 b. Name of court and case or docket number: _____

 c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

 d. Issues raised: _____

_____

_____

 e. When did you file the lawsuit? _____
             Date Month Year

 f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  PO Box 26030
Beaumont, TX 77720 (Location)  on 7-31- 20 17 (Date)

Ramiro marquez Duran #74113008
Signature

:\documents and settings\tap\Local Settings\temp\491372774\f-printed by tvap-(Page 1 of 2)
Case 2:16-cv-00835-BSB-DBP Document 18 Filed 02/04/17 Page 1 of 83 Page 8 of 11
Scanned by CLAYTON, KATHY  D14 in facility SALT LAKE COUNTY JAILS on 11/18/2013 12:59

## COMPREHENSIVE NURSE EXAMINATION

NAME: RAMIRO, MARQUEZ        SO#: 371488        DATE: 11/16/2013

Page 1 of 2

**PAST MEDICAL HISTORY** — Allergies, medications and problem list reviewed/updated in the EMR ☑; Medical and Mental Health Sections of Prescreen reviewed ☑
- ☑ No ☐ Yes Heart disease
- ☑ No ☐ Yes Asthma
- ☑ No ☐ Yes Cancer
- ☑ No ☐ Yes High blood pressure
- ☑ No ☐ Yes Diabetes
- ☑ No ☐ Yes Seizures
- ☑ No ☐ Yes Sexually transmitted diseases
- ☑ No ☐ Yes HIV / AIDS / Tuberculosis

**TUBERCULOSIS SYMPTOMS**
- ☑ No ☐ Yes Chronic cough > 4 weeks
- ☑ No ☐ Yes Blood in sputum
- ☑ No ☐ Yes Soaking sweats at night
- ☑ No ☐ Yes Unintentional wt loss > 15 lbs in last six months

**SUBSTANCE ABUSE**
- ☐ No ☑ Yes Alcohol: ☐ <1 drink/wk ☐ 1-5 drinks/wk ☑ >5 drinks/wk
- ☑ No ☐ Yes Previous complications from alcohol withdrawal
  - ☐ seizures ☐ tremors ☐ hallucinations ☐ hospitalized
- ☑ No ☐ Yes Tobacco: ☐ smoker ___ packs / day ☐ chew / snuff
- ☑ No ☐ Yes Other drugs of abuse
  - ☐ marijuana ☐ cocaine ☐ meth
  - ☐ heroin ☐ benzodiazepines ☐ opiates
  - ☐ other:
  - Amount:

**CURRENT INJURIES OR ISSUES**
- ☐ None ☐ Contusions ☐ Abrasions ☐ Puncture wounds ☐ Burns
- ☑ Lacerations ☐ Sutures / staples
- ☐ Abnormal findings: 2 separate lac's

Pregnancy ☐ No ☐ Yes LMP _____ EDC _____
NA

**Clearances Issued**
- ☐ No clearances necessary
- ☑ Bottom bunk  × 14 days rt fractured ribs
- ☐ Diet / sack lunch
- ☐ Medical shoes
- ☐ Wheelchair / crutches
- ☐ Other:

**Tuberculosis**
- ☑ PPD Asymptomatic, PPD placed.
- ☐ Known risk factors, asymptomatic – CXR ordered
- ☐ Known risk factors, or symptomatic–isolated, CXR, MD follow-up
- ☐ Previous positive, asymptomatic–CXR ordered or neg CXR on file

**Dental**
- ☑ History and exam within normal limits – no dental referral necessary - patient educated on OTC / self-treatment and oral hygiene
- ☐ History and exam show minor dental problems
- ☐ Acute dental problem – referral to dentist
- ☐ Emergent dental issues – dentist notified and orders obtained

**PHYSICAL EXAM**
T: 97.6  BP: 118/78  HR: 74  RR: 16  SAO2: 99 %
HT: 5'8" inches  WT: 149 lbs

**HEENT**
- ☑ PERRL
- ☑ No trauma to head, face or neck
- ☑ Neck supple, normal range of motion
- ☐ Abnormal findings:

**RESPIRATORY** — per paperwork sent from St. Marks pt. has
- ☑ Respirations even, unlabored and normal rate
- ☑ Lung sounds clear and equal in all lung fields — 3 left rib
- ☑ Abnormal findings: fractures. NAD, denies pain or difficulty breathing - chest rise symmetrical - SCR prn vu

**ABDOMINAL**
- ☑ Abdomen soft, nontender, nondistended
- ☑ Bowel sounds active and normally pitched
- ☑ Denies urinary or bowel problems
- ☐ Abnormal findings:

**MUSCULOSKELETAL / SKIN**
- ☑ Grossly normal strength and function of all extremities — pt denies
- ☑ Gait normal with no limitations for ADLs — pain or injury
- ☑ No injuries or infections on extremities
- ☑ Feet normal with no deformities
- ☐ Abnormal findings:

**NOTES:** to top of head - both c̄ 4 staples to one lac, 3 to the other cdl

**Withdrawal ±**
- ☑ No risk factors or symptoms of withdrawal present – no intervention needed
- ☑ Positive risk factors for withdrawal, asymptomatic with CIWA <12 and normal VS – BID vital signs and CIWA scores ordered ±
- ☐ Positive risk factors for withdrawal, symptomatic with CIWA >12 or abnormal VS – MD contacted±
- Current CIWA Score  0

**Medical Referral**
- ☐ History and exam within normal limits – no referral necessary
- ☑ Patient with minor medical problems – educated to OTC / self-treatment
- ☐ Chronic health problems – referral to chronic care clinics
- ☐ Infectious disease risk - patient isolated, physician notified
- ☐ Health problems present – referral to Sick Call Request system
- ☐ Emergent health problems present – notified MD and / or referred to outside medical provider

Dr. Strong contacted previously c̄ orders for meds & suture/staple removal

# SALT LAKE COUNTY SHERIFF'S OFFICE
## Hold/Observation Sheet

**Name:** RAMIRO, MARQUEZ

**SO#:** 371488

**DOB:** 01/30/75    **Sex:** M
**Height:**    **Weight:**
**Eyes:**    **Hair:**

### Clothing Description
| | | | |
|---|---|---|---|
| Shirt: | Black | Other: | |
| Pants/Shorts: | Black | Other: | |
| Shoes: | Black | Other: | |
| Outerwear: | | Other: | |

**Picture Not On File**

Date of Picture:

| DATE | TIME | CELL | OBSERVATION / ACTIVITY | IS# |
|---|---|---|---|---|
| 11/14 | 2155 | D1 | Intox | NP1 |
| 11/14/13 | 2200 | D1 | Hitting door | H92 |
| 11/14 | 2210 | D1 | OC Deployed - Refusing to Be | NL8 |
| 11/14 | 2210 | D1 | Restrained in order to be Moved. | NL8 |
| | 2220 | D1 | MCIRT Entered and and then | NL8 |
| 11/14 | 2220 | D1 | Medical Entered and Decontaminated | |
| | 2220 | D1 | + cuts were evaluated. | NL8 |
| 11/14 | 2220 | D1 | Moved to P3 | |
| | 2230 | D1 | Medical Determined he would be | |
| 11/14 | 2230 | D1 | taken to hospital ~~by ambulance~~ | NL8 |
| | 2236 | P3 | MCIRT Transported him out of | |
| | | | Processing | |



# SALT LAKE COUNTY SHERIFF'S OFFICE
## CORRECTIONS BUREAU
### No Warrant Arrest Fact Sheet

County Attorney Use     CODE

SCA _____ ( )

RCA _____ ( )

ACA _____ ( )

Career Criminal

    A   B   C   D   E   F

**Total Bookings:** 1

Print Date: 11/14/13
Time: 21:41

**ARREST PROBABLE CAUSE HEARING**

Date: 11-16-13

Judge: Stone

Probable cause for arrest and continued detention. See P/C statement below:

Bail Amount $ 10,000.00

Information to be filed by 5:00 p.m. on the 19th day of November 20 13

JBL

---

**Name:** RAMIRO, MARQUEZ
**DOB:** 01/30/75   **SS#:**     **SO#:** 371488
**AKA:**

**Arresting Agency:** Salt Lake Police
**Case #** 13-181528
**Case Description:** POCS Cocaine
**Offense Date / Time:** 11/14/13 21:33
**Location:** 300 S 400 W, salt lake city

Victim: ,     DOB:

### Charge Information:

| Counts / Type | Charge | Ordinance Code | Jurisdiction |
|---|---|---|---|
| 1 Fel. 1 | POCS Cocaine | 58.37.8.1.B.i.32 | |
| 1 Misd. C | Stop Lamps Required - Supplemental Stop Lamps- | 41.6.121.10 | |
| 1 Misd. C | No Drivers Lic on Person/Driver Lic Requirements | 12.24.010 | |

### Statement of Probable Cause:

Date/Time Created: 11/14/13 2141

The A/P was observed pulling away from the curb at 235 S 500 W without using the turn signal. A traffic stop was initiated. The A/P was observed in the driver's seat, in control of the vehicle. It was discovered that the A/P does not have a driver's license. The passenger, who was the owner of the car was found to be in possession of 2 "crack pipes". In a search of the vehicle incident ot impound, 2 white rocks were found in the driver's door handle where the A/P was sitting. The rocks field tested positive for cocaine. The A/P was arrested 184.7 feet from Pioneer Park which is a drug free zone.

**Arresting Officer / ID:** Shupe, B. / N53
**Transported by and this statement sworn to by:** Shupe, B. / N53

                                                 _____ N53
                                                     Affiant

ST. MARK'S HOSPITAL  
1200 East 3900 South  
SALT LAKE CITY, UT 84124-1308  
Hospital Encounter

MARQUEZ, RAMIRO  
MRN: 1001297995  
DOB: 1/30/1975, Sex: M  
Adm: 11/14/2013, D/C: 11/16/2013

## Hospital Encounter Notes (continued)

### Discharge Summaries - Encounter Notes (continued)

- HIV (human immunodeficiency virus infection)

**Past Surgical History**

Procedure                                                                 Laterality   Date
- Surgery scrotal / testicular

**Admission Condition:** serious

**Discharged Condition:** fair

**Indication for Admission:** Altered mental status and injuries suffered in a struggle with prison personnel.

**Hospital Course:** Patient was admitted via the ED. His scalp lacerations were closed with staples. His multiple injuries were evaluated with the scans as outlined below which showed 3 left rib fractures and significant chronic sinusitis.

**Consults:** None

**Significant Diagnostic Studies:**
Ct Head Without Contrast

11/15/2013  HISTORY: Head injury  CT head:  TECHNIQUE: Serial axial CT images through the head were obtained without contrast. FINDINGS: The ventricles, sulci, and cisterns are within normal limits. There is no mass or mass effect. There is no intra or extra-axial hemorrhage or abnormal fluid collection. The gray-white junction is intact. The visualized paranasal sinuses appear well aerated. Visualized osseous structures appear grossly unremarkable.

11/15/2013  1. Unremarkable CT of the head.  Electronically Signed by: Gilfeather, Maryellyn  Signed on: 11/15/2013 00:13:30

Ct Chest With Contrast

11/15/2013  HISTORY: Trauma  Technique: CT31 TECHNIQUE: Thorax CT scan with intravenous contrast. Isovue 370, 100 ml.  CT39 TECHNIQUE: Abdomen and pelvic CT scan with intravenous contrast. Dilute oral contrast may be given as indicated. Isovue 370, 100 ml. FINDINGS: There are no prior studies for comparison.  CHEST: No evidence for pneumothorax or pulmonary contusion. Mild deep tendon atelectasis is seen bilaterally. Mediastinum and hila appear normal. There is no evidence for pneumothorax.   There R acute appearing fractures involving the anterior left 10, ninth, eighth and seventh ribs. No pneumothorax is seen.   Abdomen/pelvis: The liver, gallbladder, spleen, pancreas, adrenal glands and kidneys appear normal. No additional rib fractures are seen. The lumbar spine shows no acute abnormality. The pelvis appears intact. No abnormal fluid collections are seen.